**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | **JEFFREY ALAN PYLE,** | : | Case No. 10-54147 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge C. Kathryn Preston |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

    Now comes Debtor JEFFREY ALAN PYLE by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

JEFFREY ALAN PYLE
5308 E 1250 S
Haubstadt, IN 47639

Respectfully submitted,

Dated: 21 April 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com